JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALFRED R. TREPTE, JR., TAMI D. TREPTE,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, U.S. BANK, NATIONAL ASSOCIATION, AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-07936-JFW-PLA<br><br>Hon. John F. Walter<br><br>**JUDGMENT** |

This action came under submission before the Court, on May 8, 2017, on a Motion for Summary Judgment by Defendants PHH Mortgage Corporation and U.S. Bank ("Defendants"), the Hon. John F. Walter, United States District Court Judge, presiding.

Pursuant to the Court's May 16, 2017 Order granting Defendants' Motion for Summary Judgment against Alfred Trepte's and Tami Trepte's ("Plaintiffs") claims in their entirety, IT IS HEREBY ADJUDGED that Plaintiffs' claims are all dismissed with prejudice, that Plaintiffs shall take nothing, that Defendants shall have judgment against Plaintiffs on all claims, and that Defendants shall recover their costs incurred herein.

DATED: May 24, 2017

_____
The Honorable John F. Walter
United States District Judge